# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☐ Reiter  ☑ Dryden  ☐ |
| DATE | February 14, 2018 |
| TIME | 2:33 p.m. — 3:15 p.m. |
| CIVIL ACTION | H — 18 — 171 |
| STYLE | John Allen, Jr., et al. *versus* Justin Hays, et al. |

**DOCKET ENTRY**

☑ Conference;  ☐ Hearing;  _____ day  ☐ Bench  ☐ Jury Trial  (Rptr: Slavin)

Debra Jennings _____ for  ☑ Ptf. _____  ☐ Deft. _____
V.A. Lewis _____ for  ☑ Ptf. _____  ☐ Deft. _____
Jennifer Callan _____ for  ☐ Ptf. _____  ☑ Deft. _____
Dennis Jackson _____ for  ☐ Ptf. _____  ☑ Deft. _____

☐  All motions not expressly decided are denied without prejudice.
☑  **Evidence taken** [exhibits or testimony]. CD — City's initial disclosures.
☐  Argument heard on:  ☐ all pending motions;  ☐ these topics:

☐  Motions taken under advisement: _____
☑  Order to be entered.
☐  Internal review set: February 26, 2018
☑  Rulings orally rendered on: Nondisclosure granted (4), remand denied (6)