

ALLEN v City of Houston - COH Initial Disclosures Disk
Morgan-Oden, Tonia - LGL
to:
Kathy_L_Grant@txs.uscourts.gov
02/16/2018 12:43 PM
Cc:
"Callan, Jennifer F - LGL"
Hide Details
From: "Morgan-Oden, Tonia - LGL" <Tonia.Morgan-Oden@houstontx.gov>
To: "Kathy_L_Grant@txs.uscourts.gov" <Kathy_L_Grant@txs.uscourts.gov>,

Cc: "Callan, Jennifer F - LGL" <Jennifer.Callan@houstontx.gov>
History: This message has been forwarded.

Hello again, Ms. Kathy –

I've done a little research, and I've come to find that the VLC Media Player program that runs the body cam videos is a free download that is available online. For the sake of expediency, I have attached a link to the VideoLAN website. It appears to offer "official downloads" of the media player for several operating systems.

https://www.videolan.org/vlc/index.html

In good conscience, I must strongly suggest contacting your IT personnel before attempting this download. Your experts may already have a program available that can attend to this issue altogether, or they can direct you to the version of VLC that best suits your operating system. This is not a questioning of your computer savvy, but an appreciation of computer system security in light of the governmental body in which you serve.

I hope this small measure helps with the Court's access to these items and causes no further delay nor frustration of efforts. Please let me know if you find success with this method. And have the Happiest Friday!

Regards,
Tonia


***Tonia R. Morgan-Oden***
Paralegal
Labor, Employment and Civil Rights Section
City of Houston Legal Department
Tonia.Morgan-Oden@houstontx.gov
(832) 393-6265 (Office)
(832) 393-6259 (Fax)

The information contained above or attached is privileged and/or confidential. If you received this data in error, please notify me, destroy all copies immediately and do not copy or distribute the information.