UNITED STATES DISTRICT COURT                 SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

August 17, 2018

David J. Bradley, Clerk

| | | |
|---|---|---|
| John Allen, Jr., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-18-171 |
| | § | |
| Justin Hays, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Final Judgment

John Allen, Jr., Lawton Allen, and the estate of John Allen, Sr., take nothing from Justin Hayes, Tyler Salina, and the city of Houston. (21)

Signed on August 16, 2018, at Houston, Texas.

_____

Lynn N. Hughes
United States District Judge