# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON, DIVISION

| | |
|---|---|
| **ESTATE OF JOHN ALLEN AND JOHN ALLEN JR.,** *Individually, and as a representative of* **THE ESTATE OF JOHN ALLEN and LAWTON ALLEN** *Plaintiffs* <br><br> vs. <br><br> **JUSTIN THOMAS HAYES, in his individual capacity, TYLER SALINA, in his individual capacity and CITY OF HOUSTON, TEXAS,** *Defendants,* | **Civil Action No: 4:18-CV-00171** <br> **JURY DEMANDED** |

## NOTICE OF APPEAL

Notice is hereby given that, Plaintiff, John Allen Jr. and the Estate of John Allen and Lawton Allen et. al. appeal to the United States Court of Appeals for the Fifth Circuit from the Orders of the United States District Court for the Southern District of Texas, Houston Division and their

1

accompanying orders and final judgment. The order granting Defendants' Motion to Dismiss, the order denying the Motion to Alter or Amend, Motion for Relief from the Judgment and Supplemental Motion for Reconsideration was entered on May 1, 2019 and all orders subsumed therein. (*Dkt. entry* #28, 30, 31, 34 to 37).

Respectfully submitted,

/s/ *Debra V. Jennings*

Law Office of Debra Jennings
14090 Southwest Freeway, Ste. # 300
Sugar Land, Texas 77478
(832) 904-4666
(832) 442-3700
FED BAR #14373
SBN: 10631850
lawyerdvj@gmail.com

ATTORNEY FOR PLAINTIFF, ESTATE OF JOHN ALLEN AND JOHN ALLEN, JR. AND LAWTON ALLEN

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Notice of Appeal has been forwarded to all counsel of record of record in accordance with the District court's ECF service rules on this 22nd day of May 2019.

                                      */s/ Debra V. Jennings*