

# CITY OF HOUSTON
### Legal Department

**Sylvester Turner**
Mayor

Ronald Lewis
City Attorney
Legal Department
P.O. Box 368
Houston, Texas 77001-0368
City Hall Annex
900 Bagby, 4th Floor

T. 832.393.6491
F. 832.393.6259
www.houstontx.gov

## VIA HAND DELIVERY

February 22, 2018

Ms. Debra V. Jennings
6140 HWY 6, #269
Missouri City, Texas 77459
lawyerdvj@gmail.com

Ms. U.A. Lewis
99 Detering, Suite #101
Houston, Texas 77002
myattorneyatlaw@gmail.com

RE: *John Allen, Jr. et. al v. City of Houston, et. al*
Cause #: 4:18-cv-00171
U.S. District Court for the Southern District of Texas, Houston Division

Counselors:

Attached is a disc, one for each of you, that contains the relevant files listed in the Defendants City of Houston and Justin Hayes' Initial Disclosures. These documents are bates labeled as COH/Allen #000001-001964. The discs have been inspected and all files can be opened accordingly.

Should you have any problems, please let me know as soon as possible.

Best regards,

/s/ *Jennifer F. Callan*
Jennifer F. Callan

Enclosure

EXHIBIT 1