IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN ALLEN, JR. ET. AL | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 4:18-CV-00171 |
| | § JURY DEMANDED |
| JUSTIN HAYES | § |
| Defendant, | § |

## **STATUS REPORT**

Discovery is outstanding as to the Plaintiff, Martha Vaughan and as to the Defendant, Justin Hayes and discovery remains outstanding. A detailed list of the outstanding discovery will be separately filed with this court. Plaintiff counsel has been ill and is not fully recovered.

Respectfully Submitted,

/s/ *Debra V. Jennings*
Debra V. Jennings
Fed ID 14373
Texas Bar No. 10631850
lawyerdvj@gmail.com
6140 HWY 6, #269
Missouri City, TX 77459
Phone: (832) 904-4666
Fax: (1-832) 442-3700

**CERTIFICATE OF SERVICE**

This is to certify that on this 30th day of April 2024, a true and correct copy of the foregoing,) has been served via the DC/ECF filing , to Melissa Azadeh, by the following:

/s/ *Debra V. Jennings*