# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

John Allen, Jr., et al.

v.  Case Number: 4:18–cv–00171

Justin Thomas Hayes, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
Courtroom 703
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 5/7/2024

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Status Conference

Date:   May 2, 2024

Nathan Ochsner, Clerk