United States District Court
Southern District of Texas
**ENTERED**
May 13, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN ALLEN, JR., Individually and as a Representative of the Estate of JOHN ALLEN, LAWTON ALLEN, SHERMAN ALLEN, AND MARTHA VAUGHN,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF HOUSTON, TEXAS, JUSTIN THOMAS HAYES, APRIL PALATINO, M. ARROYO, and DIEGO MORELLI, Individually,<br><br>    Defendant. | §§§§§§§§§§§§§§§§<br><br>Civil Action No. 4:18-cv-00171 |

## SCHEDULING ORDER

The disposition of this case will be controlled by the following schedule:

1.  May 31, 2024 — The party with the burden of proof on an issue must serve any supplemental expert reports in accordance with Rule 26(e), Fed. R. Civ. P.

    June 30, 2024 — The opposing party must serve any supplemental expert reports in accordance with Rule 26(e), Fed. R. Civ. P.

2.  September 30, 2024 — **COMPLETION OF DISCOVERY**
    Discovery requests are not timely if the deadline for response under the Federal Rules of Civil Procedure falls after this date. Parties may continue discovery beyond the deadline by agreement.

3.  October 31, 2024 — **PRETRIAL MOTIONS DEADLINE**
    **(except for motions *in limine*)**
    No motion may be filed after this date except for good cause.

4.  N/A — **MEDIATION OR SETTLEMENT CONFERENCE**
    Mediation or other form of dispute resolution must be completed by this deadline.

5.  TBD — **JOINT PRETRIAL ORDER AND MOTION *IN***

***LIMINE* DEADLINE**

The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Use the forms provided on the Court's website. https://www.txs.uscourts.gov/page/united-states-district-judge-drew-b-tipton. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to do so may lead to dismissal or other sanction in accordance with the applicable rules. Exhibit lists, witness lists and proposed deposition excerpts may not be amended or supplemented after this date unless by agreement. Objections to any of these shall be filed no later than three business days after this date and responses to those objections shall be filed no later than six business days from this date.

8. TBD

**DOCKET CALL**

Docket Call will be held at 2:00 p.m. The Court will not consider documents filed within seven days of docket call. The Court may rule on pending motions at docket call and will set the case for trial as close to docket call as practicable.

It is SO ORDERED.

Signed at Houston, Texas on May 11, 2024.

_____
Peter Bray
United States Magistrate Judge

2