UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

John Allen, Jr., et al.

v.                                                             Case Number: 4:18−cv−00171

Justin Thomas Hayes, et al.

---

# NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Motion Hearing set for 9/13/2024 at 10:00 AM before Magistrate Judge Peter Bray.

**PLACE**
Courtroom 703
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: September 5, 2024

Nathan Ochsner, Clerk, Clerk
s/ 4 JasonMarchand, Deputy Clerk