# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

John Allen, Jr., et al.

v.                                                                                         Case Number: 4:18−cv−00171

Justin Thomas Hayes, et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Status Conference set for 11/6/2024 at 11:00 AM before Magistrate Judge Peter Bray.

**PLACE**
Courtroom 703
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: October 30, 2024

                                                                                Nathan Ochsner, Clerk, Clerk
                                                                                s/ 4 JasonMarchand, Deputy Clerk