United States District Court
Southern District of Texas
**ENTERED**
November 07, 2024
Nathan Ochsner, Clerk

**Cause Number:**   4:18-CV-171

**Style:**   John Allen, Jr., et al. v. Justin Hayes

**Appearances:**

| Counsel: | Representing: |
|---|---|
| U.A. Lewis | John Allen, Jr. |
| Debra Jennings | Estate of John Allen, Sr. |
|  | Martha Vaughan |
|  | Lawon Allen, Jr. |
|  | Mr. Sherman Allen |
| Melissa Azadeh | Justin Hayes |

Date:   November 6, 2024          ERO:   Yes

Time:   10:58 – 11:25 a.m.

HEARING
MINUTES AND ORDER

At the hearing the following rulings were made:

The parties were ordered to remain in the courtroom after the conclusion of the hearing to discuss: (1) all outstanding discovery requests; (2) when all written discovery can be exchanged, (3) when depositions can be concluded, (4) when all discovery will be concluded, and (5) when dispositive motions can be filed.

By November 15, 2024, the parties shall file a joint status report that includes all of the foregoing information. The court will enter a final scheduling order based on the status report.

Defendant may file a renewed motion for sanctions if he believes that Plaintiffs did not comply with Judge Tipton's Order, ECF No. 250.

From this point on, any party wishing to make a factual representation shall pinpoint cite to the record or to a declaration signed under oath by a person with knowledge of the fact attached to the filing. The court will not credit factual representations that are not supported by record cites.

The Clerk will file the Minutes and Order and provide copies to the parties.

_____
Peter Bray
United States Magistrate Judge