# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| John Allen, Jr., et al., *Plaintiffs*, | § § § | |
| v. | § § | Civil Action H-18-171 |
| Justin Thomas Hays, et al., *Defendants*. | § § § | |

## ORDER

On November 6, 2024, the court held a hearing and ordered the parties to file a joint status report. ECF No. 254. The parties failed to file any such report. Defendant objected to the order and re-urged the court to dismiss the case as a sanction. ECF No. 259. Instead of complying with the court's order, the parties appear to be engaged in further discovery and filings. *See* ECF No. 267.

Discovery and all other activity is hereby **STAYED**. The court will take the pending motion and objection under advisement and will set further deadlines as necessary once a ruling has been issued.

Signed at Houston, Texas, on February 20, 2025.

_____
Peter Bray
United States Magistrate Judge