IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON, DIVISION

| | | |
|---|---|---|
| JOHN ALLEN JR., INDIVIDUALLY, AND AS A REPRESENTATIVE OF THE ESTATE OF JOHN ALLEN LAWTON ALLEN, SHERMAN ALLEN, AND MARTHA VAUGHN, Plaintiffs, | § § § § § § § § § § | CIVIL ACTION NO. 4:18-CV-00171 JURY DEMANDED |
| VS. | § § | |
| JUSTIN THOMAS HAYES, Individually, ALTON BAKER, M. ZIMMERMAN Individually, and , Individually, Defendants, | § § § § § § | |

## JOINT STATUS REPORT

TO THE HONORABLE JUDGE DREW TIPTON:

Pursuant to the Court's order signed on April 16, 2025, the Plaintiff and Defendant met and conferred on April 29, 2025 by phone and April 30, 2025 via email and jointly file this their Joint Status Report.

1. **All outstanding discovery requests;**

    Parties discussed outstanding discovery issues and parties agreed the parties will supplement with discussed information and respond to outstanding discovery within 30 days.

2. **Date by which Written Discovery can be exchanged:**

Written discovery can be exchanged within 30 days by May 30, 2025.

Depositions can be concluded by July 15, 2025;

Discovery will be concluded by July 15, 2025

3. **Dispositive motions deadline:**

Dispositive motions can be filed August 5, 2025              .

                                      Respectfully submitted,

                                      *By:* THE LEWIS LAW GROUP, PLLC.

/s/U. A. Lewis

U. A. Lewis
TX. State Bar No. 24076511
Federal Bar No. 1645666
P. O. Box 27353
Houston, TX  77227
Telephone: (713)570-6555
Facsimile: (713) 581-1017
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served ECF to all counsel on this the 30th day of April, 2025.

*/s/U. A. Lewis*