UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JOHN ALLEN, JR., ET AL.,** § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| v. § | Civil Case No. 4:18-cv-00171 |
| § | |
| **JUSTIN THOMAS HAYES,** § | |
| § | |
| **Defendant.** § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the February 10, 2026 Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 356). Judge Bray made findings and conclusions and recommended that Defendant's Renewed Motion for Sanctions, (Dkt. No. 279), be denied. (Dkt. No. 356).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Bray's M&R (Dkt. No. 356) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant's Renewed Motion for Sanctions, (Dkt. No. 279), is **DENIED**.

It is SO ORDERED.

Signed on February 25, 2026.

                                                                                  **DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**