United States District Court
Southern District of Texas

**ENTERED**
May 26, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOHN ALLEN, JR., et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:18-CV-00171** |
| | § | |
| **JUSTIN THOMAS HAYES,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the April 28, 2026, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 360). Judge Bray made findings and conclusions and recommended that Defendant's Motion for Summary Judgment, (Dkt. No. 333), be granted in part and denied in part, and that Plaintiffs' Motion for Summary Judgment, (Dkt. No. 335), be denied. (Dkt. No. 360).[1]

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). On May 12 and 13, 2026, Plaintiffs and Defendant filed objections. (Dkt. Nos. 361, 362, 363). On May 19, 2026, Defendant filed a response. (Dkt. No. 364). On May 21, 2026, Plaintiffs filed a response. (Dkt. No. 365).

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified

---

[1] Judge Bray also denied Plaintiffs' Motion to Quash, (Dkt. No. 317); denied as moot Plaintiffs' Motion for Due Process, (Dkt. No. 324); denied as moot Plaintiffs' Motion for Reconsideration, (Dkt. No. 325); denied without prejudice Defendant's Motion to Strike, (Dkt. No. 332); and denied as moot Plaintiffs' Motion to Strike, (Dkt. No. 336).

proposed findings or recommendations to which objection [has been] made."   After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."   *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The Court has carefully considered de novo those portions of the M&R to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendations for plain error.   Finding no error, the Court accepts the M&R and adopts it as the opinion of the Court.   It is therefore ordered that:

(1)     Judge Bray's M&R, (Dkt. No. 360), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;[2]

(2)     Defendant's Motion for Summary Judgment, (Dkt. No. 333), is **GRANTED in part** and **DENIED in part**; and

(3)     Plaintiffs' Motion for Summary Judgment, (Dkt. No. 335), is **DENIED.**

It is SO ORDERED.

Signed on May 26, 2026.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**

---

[2]     While adopting Judge Bray's M&R in its entirety as the holding of the Court, in paragraph on Page 3 of the M&R beginning, "Officer Hayes and his partner," the Court notes that the correct date and time is "approximately 12:40 AM on November 4, 2015," not, "November 4, 2025." (*See* Dkt. No. 360 at 3).